# Exhibit A

Davidoff Malito & Hutcher LLP
Ralph E. Preite, Esq.
Counsel for CHLOE FOODS CORP.
605 Third Avenue
New York, New York 10158
(212) 557-7200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x

In re                                           Chapter 11

CHLOE FOODS CORP.,                              Case No. 08-48650-CEC

                            Debtor.

--------------------------------------------------------x

**STIPULATION AND ORDER AUTHORIZING COMPROMISE OF
CONTROVERSY PURSUANT TO RULE 9019 OF THE FEDERAL RULES
OF BANKRUPTCY PROCEDURE INCLUDING DISTRIBUTION OF
ESTATE FUNDS PURSUANT TO CARVE-OUT BY SECURED CREDITORS**

WHEREAS, on December 19, 2008, Chloe Foods Corp., debtor ("the Debtor") filed a

voluntary petition under chapter 11 of title 11 of the United States Code, 11 U.S.C. 101, et seq.

(the "Bankruptcy Code"); and

WHEREAS, the Debtor has remained as debtor in possession pursuant to sections 1107

and 1108 of the Bankruptcy Code; and

WHEREAS, substantially all of the Debtor's assets were sold at auction on May 22, 2009

in accordance with section 363 of the Bankruptcy Code for the sum of $3,000,000.00, and a

closing thereon was held May 24, 2009; and

WHEREAS, from the $3,000,000.00 sales proceeds, the following $2,011,550.00 in

payments were made by Order of the Court:

| AMOUNT | DISTRIBUTION TO PACA AND LAND LORD CURE |
|---|---|
| 30,698.00 | Paris Foods, Corporation |
| 452,852.00 | Farm Fresh, Inc. |
| 300,000.00 | Wells Fargo Bank, NA, |
| 1,158,000.00 | Bonell Produce, Inc., d/b/a Dublin Produce Co. |
| 70,000.00 | Steve Malatesta Imports Inc. |
| 2,011,550.00 | Total |

thereby leaving approximately $995,896.52 in escrow with Debtor's counsel, Davidoff Malito & Hutcher LLP ("DMH"), including interest and other deposits ("Escrow Funds"); and

WHEREAS, the Debtor expects to receive approximately $1.7 million in NYS Empire Zone Tax refunds ("Tax Refunds"), of which net approximately $929,548.10 is expected to be available to the Estate ("Net Tax Refunds"), and

WHEREAS, from the $995,896.52 proceeds being held in escrow by DMH, the following $45,669.50 in future payments ("Future Payments") needed to be made:

| FUNDS REQUIRED FOR FUTURE PAYMENTS | |
|---|---|
| Anchin Economic Development LLC | 20,000.00 |
| LCK | 5,000.00 |
| AICCO Escrow | 8,519.50 |
| US Trustee 3Q09 | 975.00 |
| US Trustee 4Q09 (if settled) | 4,875.00 |
| US Trustee 1Q10 | 650.00 |
| US Trustee 2Q10 | 650.00 |
| Other Misc expenses. | 5,000.00 |
| Total: | 45,669.50 |

thereby leaving the sum of $950,000.00 available in The Escrow Funds to distribute to creditors; and

WHEREAS, Amerivon Chloe Acquisition LLC ("Amerivon"), Cross Island Plaza Inc. ("CIP"), BCS Financial LLC, as successor to Sanderson State Bank ("BCS") (Amerivon, CIP and BCS shall collectively be referred to as the "Secured Creditors")) assert alleged liens against the net sale proceeds with such alleged liens collectively exceed $10,000,000.00; and

WHEREAS, the Secured Creditors assert a security interest in the Tax Refunds,

WHEREAS, the Debtor and the Official Committee of Unsecured Creditors, and each of them, have asserted certain defenses to the alleged claims of the Secured Creditors, and additionally, have asserted claims against some of the Secured Creditors; and

WHEREAS, the Secured Creditors, the Debtor and the Official Committee of Unsecured Creditors have reached an agreement resolving the Secured Claims, the defenses thereto, and the various additional claims which may exist against some of the Secured Creditors, the alleged claims for recovery of certain payments made, alleged misrepresentations, among other things, and distribution of the Escrow Funds being held by DMH  and the distribution of the Tax Refunds as a form of carve-out of the alleged security interest of the Secured Creditors;

IT IS HEREBY STIPULATED AND AGREED, by and between the Secured Creditors, and each of them, the Debtor, DMH as Debtor's counsel, Platzer, Swergold, Karlin, Levine, Goldberg & Jaslow LLP (Creditors' Committee Counsel),  and CBIZ Accounting Tax & Advisory of New York, LLC (Creditors' Committee Accountants) (hereinafter, collectively referred to as the "Administrative Professionals"), Local 348-S, United Food & Commercial Workers ("Local 348-S") Local 348 Health & Welfare Fund ("348 Welfare Fund") and Local 348 Annuity Fund ("348 Annuity Fund"), Local 807 I.B.T. ("Local 807") and the Local 807 Profit Sharing Fund ("807 Profit Sharing Fund") and the United Teamsters Fund ("Teamsters Fund") hereinafter collectively referred to as the "Creditors", as follows:

1.      The Debtor is hereby authorized to segregate the funds required for Future Payments, and the Debtor, by its Counsel, DMH, is authorized to use such segregated escrow funds to make such Future Payments. Any unused balance remaining from said funds shall be remitted to the Secured Creditors at such time as DMH determines that such funds are not needed for itemized purpose Future Payments;

2.      The $950,000.00 currently on deposit in DMH's escrow account shall be split 55/45 between the Secured Creditors (who will take 55%) and the Administrative Professionals, Local 348-S, 348 Welfare Fund, 348 Annuity Fund, Local 807 and 807 Profit Sharing Fund and the Teamsters Fund, and employees for wages unpaid in January 2009 (who will take 45%), such being a carve-out of the Secured Creditors' collateral;

3.      The Tax Refunds, as and if such funds are collected by the Debtor, shall be split 55/45 between the Secured Creditors (who will take 55% and the Administrative Professionals, Local 348-S, 348 Welfare Fund, 348 Annuity Fund, Local 807 and 807 Profit Sharing Fund and the Teamsters Fund, and employees for wages unpaid in January 2009 (who will take 45%) such being a carve-out of the Secured Creditors' collateral. The net projected refunds are as follows:

| | |
|---|---|
| Projected NYS Empire Zone Refunds (06, 07, 07, 08) | 1,710,609.00 |
| Projected Accounting fees (CBIZ) estimated | (50,000.00) |
| Anchin Economic Dev LLP fee | (171,060.90) |
| Projected legal fees (estimated) | (25,000.00) |
| Projected Lease Cure Amounts | (610,000.00) |
| | |
| Net tax refunds: | 929,548.10 |

4.      The distributions provided herein shall be in full and complete satisfaction of all claims by and between the Debtor, the bankruptcy estate, the Secured Creditors, and the Official Committee of Unsecured Creditors, and each of them arising in, or related to, this bankruptcy case. The distributions provided for herein shall be in full satisfaction of the claims asserted and addressed herein.

5.      Of the 45% of the $950,000.00 in estate funds currently on deposit in DMH's escrow account, the following entities shall share distribution thereof pro-rata estate pursuant to the following schedule, and payments of such shall be concurrent with payments to each other:

| PROFESSIONAL FEES, WAGES & UNION | AMOUNT |
|---|---|
| Davidoff Malito & Hutcher | 510,000.00 |
| Platzer, Swergold, Karlin, | 150,000.00 |
| CBIZ Accounting Tax & Advisory etc. | 150,000.00 |
| Local 348-S Dues | 13,000.00 |
| Local 348 Annuity Fund | 10,610.00 |
| Local 348 Welfare Fund | 66,610.00 |
| Local 807 Profit Sharing Fund | 18,882.67 |
| Local 807 dues | 4,191.42 |
| Teamsters Fund | 24,750.00 |
| Non-Union wages 1st week | 72,753.46 |
| Union 807 wages 1st week | 16,677.06 |
| Union 348 wages 1st week | 60,364.47 |
| Non-Union wages 2nd week | 71,043.50 |
| Union 807 wages 2nd week | 12,072.53 |
| Union 348 wages 2nd week | 46,844.30 |
| | |
| Total: | 1,227,799.41 |

6.      Of the 45% of the Tax Refunds that is carved-out for Administrative

Professionals, wages and  Local 348-S, 348 Welfare Fund, 348 Annuity Fund, Local 807 and

807 Profit Sharing Fund and the Teamsters Fund , said entities will share distribution thereof

pro-rata pursuant to the immediately previous schedule, and payments of such shall be

concurrent with payments to each other;

7.      Any and all other funds which come into the Debtor's estate shall be distributed

pursuant to the 45/55 ratio provided for herein.

Dated: New York, New York
        December 31, 2009

DAVIDOFF MALITO & HUTCHER LLP
Counsel for Chloe Foods Corp.

By: _____
        Ralph E. Preite (RP:6700)
605 Third Avenue
New York, New York 10158
(212) 557-7200

00399629.2                                                                                    FIN

Platzer, Swergold, Karlin,
 Levine, Goldberg & Jaslow, LLP
Attorneys for the Official
 Committee of Unsecured Creditors


By:_____
         Scott K. Levine Esq.
1065 Avenue of the Americas
New York, NY 10018
Phone: (212) 593-3000
Fax: (212) 593-0353




CBIZ Accounting Tax & Advisory of New York, LLC
Accountants for the Official
 Committee of Unsecured Creditors,


By: _____
         Esther Duval
1065 Avenue of the Americas
New York, NY 10018
Phone: (212) 790-5700
Fax: (212) 398-0267




Cary Kane LLP
Attorneys for Local 807 I.B.T.
 and the Local 807 Profit Sharing Fund,


By: _____
     Rachel S. Paster, Esq.
1350 Broadway, Suite 815
New York, New York 10018
Phone: (212) 868-6300
Direct Line: 212-871-0537
Fax: (212) 868-6302

O'Connor & Mangan, P.C.
Attorneys for Local 348-S, UFCW,
Local 348 Health & Welfare Fund and
Local 348 Annuity Fund

By:_____
      Warren Mangan, Esq.
271 North Avenue, Suite 610
New Rochelle, New York 10801
Phone: (914) 576-7630 x 15
Fax: (914) 57&-7682

Dealy & Silberstein,
Attorneys for Local 807 United Teamsters Health & Welfare Fund

By: _____
      Milo Silberstein, Esq.
225 Broadway, Suite 1405
New York, NY 10007-3001
Phone: (212) 385-0066

Kizer, Hood & Morgan, LLP
Attorneys for BCS Financial LLC, as
 successor to Sanderson State Bank

By: _____
      Chantel K. Adams, Esq.
2111 Quail Run Drive
Baton Rouge, LA 70808
Phone: 225-761-0001
Fax: 225-761-0731

Sills Cummis & Gross PC
Attorneys for Amerivon Chloe Acquisition LLC

By: _____
      Charles N. Panzer, Esq.
One Riverfront Plaza
Newark, NY 07102
Phone: (973) 643-5443
Fax: (973) 643-6500

LaMonica, Herbst & Maniscalco
Attorneys for Cross Island Plaza Inc.

By: _____
        Salvatore LaMonica Esq.
3305 Jerusalem Avenue
Wanatagh, NY  11793
Phone: (516) 826-6500
Fax: (516) 826-0222



Agreed and Consented to
Chloe Foods Corp.

By: _____
        Annette Apergis, President


                    SO ORDERED this 31st
                    day of December 2009


                    _____
                    Hon. Carla E. Craig
                    Chief United States Bankruptcy Judge