UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------X
IN RE:

     CHLOE FOODS CORP.,           CASE NO. 108-48650-CEC
     D/B/A CHLOE FOODS MANUFACTURING    CHAPTER 11

                            DEBTOR.
-------------------------------------X     **AFFIDAVIT OF SERVICE**
STATE OF NEW YORK    }
                 } ss:
COUNTY OF NEW YORK  }

     I, RALPH E. PREITE, being duly sworn, depose and say:

     I am not a party to the action, am over 18 years of age and reside in
New York, New York. On December 10, 2009, I served the following document:

     **NOTICE OF PRESENTMENT OF STIPULATION AND ORDER AUTHORIZING
     COMPROMISE OF CONTROVERSY PURSUANT TO RULE 9019 OF THE FEDERAL
     RULES OF BANKRUPTCY PROCEDURE INCLUDING DISTRIBUTION OF ESTATE
     FUNDS PURSUANT TO CARVE-OUT BY SECURED CREDITORS** dated December 10,
     2009;

a true copy of which is annexed hereto, by first class mail by depositing
a true copy of same, enclosed in a post-paid wrapper, in an official
depository under the exclusive care and custody of the u.s. postal
service within New York county, New York state, addressed to the
following entities at the last known address set forth after their name
on the annexed service list, which constitutes all entities entitled to
service thereof.

                           _____
                           Ralph E. Preite

sworn to before me this
  23rd day of December, 2009
_____
     NOTARY PUBLIC

CHARLES CAPETANAKIS
Notary Public, State of New York
No. 02CA5014851
Qualified in Kings County
Commission Expires July 8, 2013

00399403

CHLOE SA
HILONOS 1,
SPARTA 23100, LAKONIA 094415137

WACHOVIA
1525 WEST W.T. HARRIS BLVD
BLDG. 2C2
CHARLOTTE NC 28262

HUDSON ENERGY SERVICES
BOX 512348
PHILADELPHIA PA 19175

NYC WATER BOARD
P.O. BOX
CHURCH STREET STATION
NEW YORK NY 10008

FARM FRESH INC.
571 AUSTIN PLACE
BRONX NY 10455

ECLECTIC HARVEST LLC
PO BOX 628
RIDGEFIELD CT 06877

GEM PRINTING INDUSTRIES
100 CABOT STREET
WEST BABYLON NY 11704

CON EDISON
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

ADM
P.O. BOX 92572
CHICAGO IL 60675-2572

SUEZ ENERGY RESOURCES NA
P.O.BOX 25237
LEHIGH VALLEY PA 18002-5237

THERMAL TECH DOORS INC.
576 BROOK STREET
GARDEN CITY NY 11530

FOOD TRADERS OF BOCA INC.
1174 SW 1 WAY
DEERFIELD BEACH FL 33441

SIROB IMPORTS INC.
21 GEAR AVENUE
LINDENHURST NY 11757

KEYSPAN ENERGY DELIVERY
PO BOX 020690
BROOKLYN NY 11201-9965

KEY EQUIPMENT FINANCE
1000 SOUTH MCCASLIN BOULEVARD
ATTN: FRAN GATES
SUPERIOR CO 80027

GERSTEN SAVAGE LLP
600 LEXINGTON AVENUE
NEW YORK NY 10022-6018

LOCAL 348 HEALTH & WELFARE
C/O O'CONNOR & MANGAN, P.C.
ATTN: J. WARREN MANGAN
271 NORTH AVENUE, SUITE 610
NEW ROCHELLE , NY 10801


Local 348 Health & Welfare Fund, Local 348
Annuity Fund and Local 348-S,
United Food and Commercial Workers
J. Warren Mangan, Esq.
271 North Avenue, Suite 610
New Rochelle, NY 10801


ABA CONSULTING
1375 BROADWAY
NEW YORK NEW YORK 10018

METRO FUEL CORP.
500 KINGSLAND AVENUE
BROOKLYN NY 11222-1986

TEMPLE-INLAND
P.O. BOX 360853 M
PITTSBURGH PA 15250

<u>SECURED CREDITORS</u>

Sanderson State Bank
216 W.Oak Street
P.O Box 10
Sanderson TX 79848-0000

<u>NOTICE OF APPEARANCE</u>

Ganz Wolkenbreit & Friedman, LLP
c/o Lomac Associates, Inc.
230 Park Avenue, Suite 1000
New York, New York 10017
Attn: Robert E. Ganz, Esq.

Gersten Savage LLP
c/o Robert S Wolf
600 Lexington Avenue
New York NY 10022

Hitachi Capital America Corp
c/o Magnozzi & Kye LLP
1 Expressway Plaza
Suite 114
Roslyn Heights NY 11577

Key Equipment Finance Inc.
c/o Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City NY 11530

Local 807, Labor Management Profit Sharing Fund
c/o Cary Kane LLP
Rachel S. Pastor
1350 Broadway, Suite 815
New York NY 10018

Local 807, I.B.T
c/o Cary Kane LLP
Rachel S. Pastor
1350 Broadway, Suite 815
New York NY 10018

NMHG Financial Services, Inc
Nanis & Rinaldi, LLP
30-97 Steinway Street
Suite 203
Astoria NY 11103

The United Teamster Fund
c/o Dealy & Silberstein LLP
225 Broadway
Suite 1405
New York NY 10007

Trustees of the Local 807 Profit Sharing Fund
c/o Rachel S. Paster
Cary Kane LLP
1350 Broadway, Suite 815
New York, NY 10018

Utica Mutual Insurance Company
c/o Torre Lentz Gamell Gary &
Rittmaster LLP, Attn: Mark S. Gamell
100 Jericho Quadrangle, Suite 309
Jericho NY 11753

General Electric Capital
c/o Nanis & Rinaldi LLP
30-97 Steinway Street
Suite 203
Astoria NY 11103

3301 Atlantic Avenue , LLC
Sanford P. Rosen & Associates P.C.
747 Third Avenue
New York NY 10017

807 Labor - Management Profit
Sharing Fund
c/o Cary Kane LLP
1350 Broadway, Suite 815
New York NY 10018

Amerivon Chloe Acquisition, LLC
c/o Charles Panzer, Esq.
Sills Cummis & Gross P.C.
One Riverfront Plaza
Newark, NJ 07102

00386633

Cross Island Plaza, Inc
c/o LaMonica Herbst & Maniscalco LLP
3305 Jerusalem Avenue
Suite 201
Wantagh New York 11793

Cross Island Plaza, Inc
DLA PIPER LLP (US)
1251 Avenue of the Americas, 27th Floor
New York, NY 10020-1104

Bomba East Coast Ltd.
Rubin and Licatesi PC
Attn Jason S Firestein Esq
591 Stewart Avenue, 4th Fl
Garden City NY 11536

Farm Fresh, INC
c/o Kreinces & Rosenberg PC
900 Merchants Concourse,
Suite 305
Westbury NY 11590

Key Equipment Finance Inc.
c/o Moritt Hock Hamroff & Horowitz LLP
400 Garden City Plaza
Garden City NY 11530

Sicily Food, S.r.l.,
Wilentz Goldman and Spitzer, P.A.
90 Woodbridge Center Dr., Ste 900 Box 10
Woodbridge NJ 07095-0958

Sirob Imports, Inc
Weinberg Kaley Gross & Pergament LLP
400 Garden City Plaza
Suite 403
Garden City, NY 11530

Tedgis Group USA LLC
c/o Pick & Zabicki LLP
369 Lexington Avenue
12th Floor
New York NY 10017

McCarter & English LLP
Counsel for Wells Fargo Bank NA

00386633

as Trustee for registered
holders of Wachovia Bank et al
Attn: Eduardo Glas
245 Park Avenue, 27th Floor
New York NY 10167

Michael H. Maizes, Esq.
Maizes & Maizes, LLP
2027 Williamsbridge Road
Bronx, New York 10461-1630

Wells Fargo Bank NA
as Tr for registered
holders of Wachovia Bank et al
McCarter & English LLP
245 Park Avenue, 27th Floor
New York NY 10167

Mark Gilwit Esq.
Gilwit & Associates
2101 NW Corporate Boulevard - Suite 213
Boca Raton, FL 33431

Ahmed A. Massoud, Esq.
Massoud & Pashkoff, LLP
Attorneys for Blue Ridge Farms, Inc.
Jeffrey Siegel, Richard Siegel and Pazzatoni, Inc.
99 Park Avenue, 3rd Floor
New York, NY 10016

Taxing Authorities

Internal Revenue Service
11601 Roosevelt Blvd.
P.O. Box 21126
Philadelphia, PA 19114

NYC Department of Finance
345 Adams St., 3d Fl.
Attn:LegalAffairs D.Cohen
Brooklyn, NY 11201-3719

NYC Department of Finance
345 Adams St., 3rd Floor
Office of Legal Affairs
Brooklyn, NY 11201

00386633

NYS Dept. of Taxation Finance
Bankruptcy Unit - TCD
Building 8, Room 455
WA Harriman State Campus
Albany, NY 12227


MARILYN SIMON & ASSOCIATES
Co-Counsel for Bonell Produce Co., Inc.
110 East 59th Street, 23rd flr
New York, New York 10022

KREINCES & ROSENBERG, P.C.
Attorneys for Farm Fresh, Inc.
Leonard Kreinces, Esq.
900 Merchants Concourse
Suite 305
Westbury, New York 11590

MARK C.H. MANDELL, ESQ.
Counsel for Paris Food Corporation
Co-Counsel for Bonell Produce Co., Inc
42 Herman Thau Road
Annandale, New Jersey 08801

00386633

Craig A. Stokes Esq.
Stokes Law Office
330 Oakwell Court
Suite 225
San Antonio, TX 78218

Steve Malatesta Imports Inc.
Steve Malatesta, President
81 Alexander Boulevard
Suite 214
Jacksons Point, Ontario
Canada LOElLO

Chantel K. Adams,
Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA  70808


Rattet, Pasternak & Gordon-Oliver, LLP
Attorneys For LCK Services Corp.
550 Mamaroneck Avenue
Harrison, New York 10528

William G. Wright, Esquire
Capehart & Scatchard, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054


<u>US Trustee</u>

DIANA F. ADAMS, ESQ.
UNITED STATES TRUSTEE
Attn: Jaqueline Fromme, Esq.
271 Cadman Plaza East
Brooklyn, New York 11201

00386633

3301 ATLANTIC AVENUE LLC
1 CROSS ISLAND PLAZA
ROSEDALE, NY

A. ZEREGA'S SONS INC.
P.O. BOX 36341
NEWARK, NJ 07188-6341

A.K.C. COMMODITIES INC.
1086 STELTON ROAD
PISCATAWAY, NEW JERSEY 08854

ABA CONSULTING
1375 BROADWAY
NEW YORK, NEW YORK 10018

ABC ELECTRIC CORP.
24-25 46 STREET
L.I.C., NY 11103

ACE WIRE & CABLE.,INC.
72-01 52ST AVENUE
WOODSIDE, NY 11377

ACTION TIRE
58-74 GRAND AVE
MASPETH, NY 11378

ADM
P.O. BOX 92572
CHICAGO, IL 60675-2572

ADP, INC.
ONE ADP BLVD
ROSELAND, NJ 07068

ADVANCE SCALE COMPANY, INC.
2400 EGG HARBOR ROAD
LINDENWOLD, NJ 08021

AIB INTERNATIONAL-BAKING
1213 BAKERS WAY
P.O. BOX  3999
MANHATTAN, KS 66505-3999

AICCO, INC.
BOX 9045
NEW YORK, NY 10087-9045

00399424

AIROYAL COMPANY
PO BOX 129
MAPLEWOOD, NJ 07040-0129

ALBA SEAFOOD
233 WATER STREET
NEW YORK, NY 10038

ALL AIR INCORPORATED
175 CLEARBROOK ROAD
ELMSFORD, NEW YORK 10523-1109

ALL FREIGHT LOGISTICS
222 UNIVERSAL DRIVE
NORTH HAVEN, CT 06473

ALLIED WASTE SERVICES
920 E. 132ND ST
BRONX, NY 10454
ATTN: DORI

ALLIED WINE CORP.
P.O. BOX 730
2 FAIRGROUND ROAD
MONTICELLO, NY 12701

AMERICAN AIR DUCT CLEANING
COMPANY
10326 135TH STREET
RICHMOND HILL, NY 11419

AMERICAN ARBITRATION
ASSOCIATION
1633 BROADWAY, FLOOR 10
NEW YORK, NY 10019-6708

AMERICAN COMPRESSED GASES
189 CENTRAL AVENUE
OLD TAPPAN, NJ 07675-7399

AMERICAN EXPRESS
P.O.BOX 2855
NEW YORK, NY 10116-2855

AMERICAN EXPRESS
CORP CARD
P.O. BOX 360001
FT LAUDERDALE, FL 33336-0001

AMERICAN PUMP & MOTOR
SERVICE INC
2441 THIRD AVENUE
BRONX, NEW YORK 10451

AMERICAN ROLAND FOODS
71 W 23RD STREET
NEW YORK, NY 10010

AMERIVON
4520 E. THOUSAND OAKS BLVD.
SUITE 100
WESTLAKE VILLAGE, CA 91362

AMI SPECIALTY FILMS
90 13TH AVENUE
RONKONKOMA, NY 11779

ANDREW I. PANKEN, ESQ.
STERN KEISER PANKEN &
WOHL, LLP
1025 WESTCHESTER AVE, SUITE
305
WHITE PLAINS, NY 10604

ANTHONY FEESE

ANTHONY VITELLOZZI

ARAMARK REFRESHMENT
SERVICES
229 ROBBINS LANE
SYOSSET, NY 11791

ARMA CONTAINER CORP.
65 NORTH INDUSTRY COURT
DEER PARK, NY 11729

ASSOCIATED BROKERS INC.
4777 AVIATION PARKWAY
SUITE F
ATLANTA, GA 30349

ATLANTIC BROKERAGE
ATTN: ED VETSTEIN
223 WALNUT STREET

FRAMINGHAM, MA 01702

ATLANTIC SCALE CO. INC.
136 WASHINGTON AVE
NUTLEY, NEW JERSEY 07110

ATLANTIS HEALTH PLAN
39 BROADWAY
SUITE 1240
NEW YORK, NY 10006

AUSTER RUBBER COMPANY
238 NORTH 9TH STREET
BROOKLYN, NY 11211

B&G PLASTIC BAG CORP.
18-34 43RD. STREET
LONG ISLAND CITY, NY 11105

BALCO INDUSTRIES INC.
99 LAFAYETTE DRIVE
SYOSSET, NY 11791

BAVARIA CORPORATION INTL.
515 COOPER COMMERCE DR STE
100
APOPKA, FL 32703-6222

BEDEMCO INC.
200 HAMILTON AVENUE
WHITE PLAINS, NY 10601

BLUE SEA PRODUCTS, LLC
PO BOX 617
PERTH AMBOY, NJ 08862

BLUMBERG EXCELSIOR
62 WHITE STREET
NEW YORK, NY 10013

BOZZUTO'S
275 SCHOOLHOUSE ROAD
CHESHIRE, CT 06410
ATTN: TIM ALLEN

BROOKS-WATERBURN CORP.
123 FROST STREET
SUITE 204

WESTBURY, NY 11590-5026

BRUCE ZEEDIK CONSULTING
2187 HIGHGATE ROAD
WESTLAKE VILLAGE, CA 91361

BURRIS LOGISTICS
P.O BOX 823066
PHILADELPHI, PA 19182

BUSCH INCORPORATED
P.O. BOX 100602
ATLANTA, GA 30384-0602

BUTTERBALL LLC
P.O. BOX 65859
CHARLOTTE, NC 28265

C & L LOGISTICS, INC.
PO BOX 988
WAKE FOREST, NC 27588

C.P. CRASKA, INC.
113 SPRUCE STREET
ILION, NEW YORK 13357

CARRUTHERS EQUIPMENT COMPANY
PO BOX 40
WARRENTON, OR 97146

CBS FOOD PRODUCTS CORP.
770 CHAUNCEY STREET
BROOKLYN, NY 11207

CBSA PERFORMAX
PO BOX 9129
MINNEAPOLIS, MN 55480-9129

CENTRAL FOOD & PAPER
70 BROOKLYN TERMINAL MARKET
BROOKLYN, NY 11236

CENTRALIZED INFRACTIONS
BUREAU
P.O. BOX 5044
HARTFORD, CT 06102-5044

CERTIFIED LABORATORIES,
INC.
200 EXPRESS STREET
PLAINVIEW, NY 11803

CH ROBINSON WORLDWIDE INC
PO BOX 9121
MINNEAPOLIS, MN 55480-9121

CHARM SCIENCES INC.
659 ANDOVER STREET
LAWRENCE, MA 01843-1032

CHEM-AQUA
P.O. BOX 971269
DALLAS, TX 75397-1269

CHLOE SA
HILONOS 1,
SPARTA 23100 LAKONIA
094415137

CHUCK PERRY
33 MEYERHILL CIRCLE WEST
ROCHESTER, NY 14617

CIP INC.
ONE CROSS ISLAND PLAZA
SUITE LL6
ROSEDALE, NY 11422

CNR REFRIGERATION CO INC
459 PENINSULA BLVD
HEMPSTEAD, NY 11550

COFFEE DISTRIBUTING CORP.
200 BROADWAY
GARDEN CITY PARK, NY 11040

COLE-PARMER INSTRUMENT
CO.
13927 COLLECTIONS CENTER
DRIVE
CHICAGO, IL 60693

COLONIAL SUPPLEMENTAL
INSURANCE
PROCESSING CENTER
P.O.BOX 1365
COLUMBIA, SC 29202-1365

00399424

COMAIRCO EQUIPMENT, INC
3910 PARK AVENUE
UNIT #4
EDISON, NJ 08820

COMMONWEALTH OF VIRGINIA
DEPARTMENT OF MOTOR
VEHICLES
P.O. BOX 27412
RICHMOND, VA 23269-0001

CON EDISON 69-6121-0897-0001-0
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

CON EDISON 69-6121-0898-0001-8
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

CON EDISON 69-6121-0898-1000-9
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

CON EDISON 69-6121-0899-0001-6
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

CON EDISON 69-6121-0901-0001-0
JAF STATION
PO BOX 1701
NEW YORK, NY 10116-1701

CONESTOGA-ROVERS &
ASSOCIATES
2055 NIAGRA FALLS BLVD SUITE
3
NIAGRA FALLS, NY 14304

COSMO'S FOOD PRODUCT
200 CALLEGARI DRIVE
WEST HAVEN, CT 06516-3942

COSMO'S FOOD PRODUCTS INC.
200 CALLEGARI DRIVE
WEST HAVEN, CT 06516-3942

COTT ASSOCIATES
1146 JOHNSON ROAD
WOODBRIDGE, CT 06525

CRISALIDA SANTOS
CROLL-REYNOLDS
MAPLE PLAZA 2
PARSIPPANY, NJ 07054

CRYOVAC SEALED AIR
CORPORATION
91279 COLLECTIONS CENTER DR.
CHICAGO, IL 60693-1279

CYPRESS HILL, INC.
ONE EUCLID AVENUE
CYPRESS HILLS, NY 11208

CYSTTIC FIBROSIS FOUNDATION
117 KINDERKAMACK ROAD
SUITE 104
RIVER EDGE, NJ 07661

D'AGOSTINOS
GONVERNANT HOUSE
460 WEST 41ST
NEW YORK, NY 10036

DAVIDOFF MALITO & HUTCHER LLP
605 THIRD AVENUE
NEW YORK, NY 10158

DAVIES FOOD BROKERAGE
6600 YORK ROAD STE 210
BALTIMORE, MD 21212

DAYDOTS
1801 RIVERBEND WEST DRIVE
FORTH WORTH, TEXAS 76118

DE LAGE LANDEN
REF NO. 000000000389386
PO BOX 41601
PHILADELPHIA, PA 19101-1601

DE LAGE LANDEN FINANCIAL
SERVICES
IVT LIMITED REF NO.295879
P.O. BOX 41601
PHIL, PA 19101-1601

DEL MED LOGISTICS, INC
P.O.BOX 379
S. PLAINFIELD, NJ 07080
DELI BUSINESS
P.O. BOX 810217
BOCA RATON, FL 33481

DELL FINANCIAL SERVICES
PAYMENT PROCESSING
CENTER
4284 COLLECTION CENTER DR.
CHICAGO, IL 60693

DELTA SHIPPING SUPPLIES
990 S. ARROYO PKWY. STE. 3
PASADENA, CA 91105

DIAMOND SUGAR CO, INC.
432-442 RODNEY STREET
BROOKLYN, NY 11211

DICKSTEIN SHAPIRO LLP.
ATTN: MALCOLM I. ROSS
1177 AVENUE OF THE
AMERICAS
NEW YORK, NY 10036

DICOR INDUSTRIAL
SPECIALTIES INC.
P.O. BOX 530
RIDGE, NY 11961

DOT FOODS INC.
PO BOX 952589
SAINT LOUIS, MO 63195-2589

DRIVERS ANNUNITY
32-43 49TH STREET
LONG ISLAND CITY, NEW YORK
11103

DRIVER'S SPECIAL
ASSESSMENT
32-43 49TH STREET

LONG ISLAND CITY, NEW YORK
11103


DUBLIN PRODUCE CO.
1 BROOKLYN TERMINAL MARKET
BROOKLYN, NY 11236


DYNAMIC PACKAGING
P.O. BOX 6955
FREEHOLD, NJ 07728


EAST COAST PETROLEUM
340 JACKSON AVENUE
BRONX, NY 10454


EASTERN SEABOARD
PACKAGING
P.O. BOX 847183
BOSTON, MA 02284-7183


ECLECTIC HARVEST LLC
PO BOX 628
RIDGEFIELD, CT 06877


ECOLAB INC.
P.O. BOX 905327
CHARLOTTE, NC 28290-5327


ECOLAB PEST ELIMINATION
DIVISION
3535 SOUTH 31ST STREET
P.O. BOX 6007
GRAND FORKS, ND 58206-6007


EDICT SYSTEMS, INC.
PO BOX L - 3115
COLUMBUS, OH 43260


EDWARD HOGAN & ASSOCIATES


EISEMAN LEVINE
LEHRHAUPT & KAKOYIANNIS
805 THIRD AVENUE
NEW YORK, NY 10022


ELSEVIER
11830 WESTLINE INDUSTRIAL DR.
00399424

ST.LOUIS, MO 63146


EMBASSY SUITES
455 PLAZA DRIVE
SECAUCUS, NJ 07094


EMPIRE INDUSTRIAL SYSTEMS
CORPORATIO
204A N. FEHR WAY
BAYSHORE, NY 11706
EMPIRE STATE BELTING & HOS
14-30 ASTORIA BLVD.
LONG ISLAND CITY, NEW YORK 11102


EVRA FOOD BROKERS
2760 HENRIETTA ROAD
HENRIETTA, NY 14467-9354


E-Z EDGE INC.
6119 ADAMS STREET
WEST NEW YORK, NJ 07093


F.W. WARD & SONS LTD
9250 DE L'ACADIE BLVD
SUITE 211
MONTREAL, QUEBEC, CANADA H4N
3C5


FARM FRESH INC.
571 AUSTIN PLACE
BRONX, NY 10455


FAVORITE BROKERS
656 VAN RANST PLACE
MAMARONECK, NY 10543-1943


FAVORITE BROKERS INC.
420 NORTH AVENUE
SUITE 110
NEW ROCHELLE, NY 10801


FERRANTINO FUEL CORP.
180 9TH STREET
BROOKLYN, NY 11215


FESTO CORPORATION
PO BOX 1355
BUFFALO, NY 14240

FFE TRANSPORTATION
SERVICES, INC.
P.O. BOX 671252
DALLAS, TX 75267-1252


FIDUCIARY INS. CO. OF
AMERICA
31-10 37 AVENUE SUITE 400
POLICY #60171-01
LIC, NEW YORK 11101


FILCO CARTING CORP.
111 GARDNER AVE
BROOKLYN, NY 11237


FILTA-CLEAN CO., INC.
107 GEORGIA AVENUE
BROOKLYN, NY 11207


FISHER SCIENTIFIC
ATTN: 001638
P.O. BOX 3648
BOSTON, MA 02241-3648


FLEISCHMANN'S VINEGAR
PO BOX 67000
DEPARTMENT 276401
DETROIT, MI 48267-2764


FOOD CIRCUS SUPERMARKETS
853 HIGHWAY 35
PO BOX 278
MIDDLETOWN, NJ 07748


FOOD INDUSTRY ALLIANCE OF
NYS
130 WASHINGTON AVENUE
ATTN: KRISTY GARROW
ALBANY, NY 12210


FOOD TRADERS OF BOCA INC.
1174 SW 1 WAY
DEERFIELD BEACH, FL 33441


FOODS GALORE INC.
9246 COMMERCE WAY
PENSAUKEN, NJ 08109


FORTUNA FOOD BROKERS

2741 TRANSIT ROAD
ELMA, NY 14059


FRANCO VITELLOZZI


FRESH START FOODS
6 BROOKLYN TERMINAL MARKET
BROOKLYN, NY 11236


FRONT-LINE SECURITY AGENCY
P.O BOX 73501
CLEVELAND, OH 44193-0501


GARDEN MANOR FARMS INC.
355 FOOD CENTER DRIVE
F11&F12 HUNTS POINT CO-OP
MARKET
BRONX, NY 10474


GARRY M WHITEHEAD
146 OVERLOOK DR.
CLINTON, NJ 08809


GE CAPITAL
PO BOX 642111
PITTSBURGH, PA 15264-2111


GE CAPITAL
PO BOX 642111
PITTSBURGH, PA 15264-2111


GEM PRINTING INDUSTRIES
100 CABOT STREET
WEST BABYLON, NY 11704


GEMINI TRAFFIC SALES INC.
36954 TREASURY CENTER
CHICAGO, IL 60694-6900


GENERAL ELECTRIC CAPITAL
CORP
PO BOX 642555
PITTSBURGH, PA 15264-2555


GENERAL ELECTRIC CAPITAL
CORP
PO BOX 642555
PITTSBURGH, PA 15264-2555
00399424

GENWORTH LIFE AND HEALTH
INSURANCE
BOX NO. 6168
CAROL STREAM, IL 60197-6168


GERSTEN SAVAGE LLP
600 LEXINGTON AVENUE
NEW YORK, NY 10022-6018


GIANNI MOSCARDINI
109 BRITTANY WAY
SALISBURY, NC 28146


GK POPE TRUCKING INC.
606 BAUCOM & DEESE ROAD
MONROE, NC 28110


GLASRIC BROWN


GLOBAL INGREDIENTS
317 9TH AVENUE
PATERSON, NJ 07514-2310


GOLD PURE FOOD PRODUCTS CO.
NUMBER ONE BROOKLYN ROAD
HEMPSTEAD, NY 11550


GONZALO BAEZ
9416 76th STREET
OZONE PARK, NY 11416


GRAND AVENUE FOOD SUPPLY
771 3RD AVENUE
BROOKLYN, NY 11232


GREATER BAY CAPITAL
ACCOUNTS RECEIVABLE
PO BOX 7777
SAN FRANCISCO, CA 94120-7777


GREEK ORTHODOX CHURCH
1400 CEDAR SWAMP ROAD
BROOKVILLE NY 11545


GRISTEDES
ATTN: BOB EULER

823 11th AAVE, 3RD FLOOR
NEW YORK, NY 10019


GSG MARKETING
38 CAIN DRIVE
PLAINVIEW, NY 11803


H&W MACHINERY CORP.
127-08 91ST. AVE.
RICHMOND HILL, NY 11418


H. SCHRIER & CO. INC.
4901 GLENWOOD ROAD
BROOKLYN, NY 11234


HEALTHY BRAND OIL
21-16 JACKSON AVENUE
LONG ISLAND CITY, NY 11101


HEEREMA COMPANY
P.O BOX 568
HAWTHORNE, NJ 07507


HITACHI CAPITAL AMERICA
CORP
21925 NETWORK PLACE
CHICAGO, IL 60673-1219


HORTMAN HARLOW TRUST
ACCOUNT
MARTINDALE BASSI ROBINSON
&MCDANIEL
414 WEST OAK STREET ATTN: R
NOWELL
LAUREL, MISSISSIPPI 39440


HPC FOODSERVICE
P.O.BOX 1228
SOUTH WINDOR, CT 06074


HUDSON ENERGY SERVICES
BOX 512348
PHIADELPHIA, PA 19175


IMAGISTICS
P.O. BOX 856193
LOUISVILLE, KY 40285-6193

IMPERIAL FINANCE SERVICES
P.O.BOX 601282
CHARLOTTE, NC 28260-1282

INDEPENDENT CHEMICAL CORP.
79-51 COOPER AVE.
GLENDALE, NY 11385

INDUSTRIAL BEARING & SUPPLY
CO. INC
91-12 143RD STREET
JAMAICA, NY 11435

ING DIRECT

INKJET INC
11111 INKJET WAY
WILLIS, TEXAS 77378

INNOVATIVE DISTRIBUTION
SERVICES
P.O. BOX 1357
RAYMOND, ME 04071

INTER-TEL LEASING
P.O.BOX 972629
1140 WEST LOOP NORTH
HOUSTON, TEXAS 77055

IPL INC.
P.O. BOX 673087
DETROIT, MI 48267-3087

J.V.M. SALES CORP.
3401A TREMLEY POINT ROAD
LINDEN, NJ 07036

JACKS SUGAR
2065 59TH STREET
BROOKLYN, NY 11204

JACKSON LEWIS LLP
JOSEPH A. SACCOMANO, JR.
ONE NORTH BROADWAY
WHITE PLAINS, NY 10601

JAV INTERNATIONAL
INCORPORATED
500 OCEAN AVENUE

EAST ROCKAWAY, NY 11518-1235

JEFFERSON PILOT INSURANCE
COMPANY
P.O.BOX 7247-0347
PHILADELPHIA, PA 19170-0347

JEFFREY BROWN

JEFFREY SIEGEL

JOHN H. DOERFLER, JR.
111 LONG STREET DRIVE
GETTYSBURG, PA 17325

JOHNSTONE SUPPLY
1600 CONEY ISLAND AVE
BROOKLYN, NY 11230

JUAN C DE JESUS

K K & W FOOD BROKERS
31 MERCER STREET
HACKENSACK, NJ 07601

K&K FOOD BROKERS
ATTN: JENNY LEAHY
26 HIGHLAND CIRCLE
NEEDHAM HEIGHTS, MA 02494

KADOURI INTERNATIONAL FOODS
234 STARR STREET
BROOKLYN, NY 11237

KANSAS PACKING, LLC
P.O. BOX 340
CLOSTER, NJ 07624

KATHLEEN BRIORDY & DRESCHER &
SHARP,
KEVIN H. SHARP
1720 WEST END AVE. SUITE 300
NASHVILLE, TN 37203

KENNETH E PUZDER

KENNETH JACKSON

KEVIN MITCHELL

KEY EQUIPMENT FINANCE
1000 SOUTH MCCASLIN
BOULEVARD
ATTN: FRAN GATES
SUPERIOR, CO 80027

KEY EQUIPMENT FINANCE INC.
1000 SOUTH MCCASLIN
BOULEVARD
ATTN: FRAN GATES
SUPERIOR, CO 80027
KEY TECHNOLOGY , INC.
P.O. BOX 94296
SEATTLE, WA 98124-6596

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSPAN ENERGY DELIVERY
ACCT #05217-71241
PO BOX 020690
BROOKLYN, NY 11201-9965

KEYSTONE POTATOE PRODUCTS
PO BOX 27
2317 SHERMANS MOUNTAIN
ROAD
HEGINS, PA 17938-0027


KING OF THE SEA
4014 1ST AVENUE
BROOKLYN, NY 11232


KINGS COUNTY CLERK


KLEEN N KUT INC.
124 BRUNSWICK STREET
JERSEY CITY, NJ 07302
KRASS, SNOW & SCHMUTTER
419 PARK AVENUE SOUTH
NEW YORK, NEW YORK 10016

KSIDRANE INC.
843 SOUTH OCEAN AVENUE
FREEPORT, NY 11520


LACKENBACH SIEGEL , LLP
LACKENBACH SIEGEL BUILDING
ONE CHASE ROAD
SCARSDALE, NY 10583


LANKFORD SYSCO FOOD
SERVICES LLC
33239 COSTEN RD
P.O. BOX447
POMOKE CITY, MD 21851


LCK SERVICES CORP.
1 PLAZA ROAD
SUITE LL1
GREENVALE, NY 11548


LEASE ADMINSTRATION CENTER
8210 INNOVATION WAY
CHICAGO, IL 60682-0082


LEE PROCESS SYSTEMS AND
EQUIPMENT
DIVISION OF LEE INDUSTRIES,
INC.
P.O. BOX 687, 514 WEST PINE
STREET
PHILIPSBURG, PA 16866

00399424

LEXIS-NEXIS
PO BOX 7247-7090
PHILADELPHIA, PA 19170-7090


LIBERTY PANEL CENTER, INC.
1009 LIBERTY AVE.
BROOKLYN, NY 11208


LINDE GROUP
88718 EXPEDITE WAY
CHICAGO, IL 60695-1700


LIPARI FOODS
P.O.BOX 748
WARREN, MI 48090-0748
LITTLER MENDELSON
THE NATIONAL EMPLOYMENT &
LABOR FIRM
PO BOX 45547
SAN FRANCISCO, CA 94145-0547


LM FOODS L.L.C.
100 RASKULINECZ ROAD
CARTERET, NJ 07008


LOCAL 348 ANNUITY FUND


LOCAL 348 HEALTH & WELFARE


LOCAL 807 FUNDS
32-43 49TH. STREET
LONG ISLAND CITY, NY 11103


LOMAC & MAY ASSOCIATES
17 WALKER WAY
ALBANY, NY 12205


LONG ISLAND WEB SERVICE INC
646 MAIN STREET
PORT JEFFERSON, NY 11777


LOWE REFRIGERATION INC.


LUIS LEONARDO


LUIS R. GONZALEZ

Luz Texidor


M & V PROVISIONS CO. INC.
1827 FLUSHING AVE.
RIDGEWOOD, NY 11385


MAJESTIC FOODS, INC.
253 COMMERCE DRIVE
SUITE 104
GRAYSLAKE, IL 60030


MANNKRAFT CONTAINER
CORP.
100 FRONTAGE ROAD
NEWARK, NJ 07114


MARIA VARELLAS


MASCARI & ASSOCIATES
32823 WEST 12 MILE ROAD
FAMINGTON HILLS, MI 48334


MC MASTER-CARR SUPPLY CO.
600 NORTH COUNTYLINE ROAD
ELMHURST, IL 60126


METRO FUEL CORP.
500 KINGSLAND AVENUE
BROOKLYN, NY 11222-1986


METRO FUEL OIL CORP.
500 KINGSLAND AVENUE
BROOKLYN, NY 11222-1986


METRO MARKETING, LLC
632F MATTHEWS-MINT HILD RD
MATTHEWS, NC 28105


MICHAELS ELECTRICAL
SUPPLY CORP.
456 MERRICK ROAD
LYNBROOK, NY 11563


MIDAS FOODS INTERNATIONAL
107 50 CAPITAL
OAK PARK, MI 48237

MID-ISLAND ELECTRICAL
SUPPLY
59 MALL DRIVE
PO BOX 9027
COMMACK, NY 11725-9027

MIKE'S HEAVY DUTY TOWING
INC.
816 LIBERTY AVE
BROOKLYN, NY 11208

MILEA TRUCK SALES CORP.
885 EAST 149TH ST
BRONX, NY 10455

MILEA TRUCK SALES CORP.
885 EAST 149TH ST
BRONX, NY 10455
MILLER & WEBER INC.
1637 GEORGE STREET
RIDGEWOOD, NEW YORK 11385

MINCING OVERSEAS SPICE CO.
KN BLDG., 10 TOWER ROAD
DAYTON, NJ 08810

MMI FOOD BROKERS
4717 FLETCHER AVE.
ATTN: ACCTG DEPT.
FORT WORTH, TX 76017

MONEY CENTERS
UBNY LLC.
115 WEST 23RD STREET
NEW YORK, NY 10011

MYBAR LABOR SERVICES
P.O BOX 5178 NORTH BRANCH
STATION
51B TANNERY ROAD
SOMERVILLE, NJ 08876

N.P.I.
P.O.BOX 233
BROOKLYN, NY 11232

N.Y.C. DEPT. OF FINANCE
PARKING VIOLATIONS
CHURCH ST STA. PO BOX 3671
00399424

NEW YORK, NY 10008-3671

NATIONAL STARCH LLC
6823 PAYSPHERE CIRCLE
CHICAGO, IL 60674

NAVISTAR FINANCIAL CORP
P.O.BOX 96070
CHICAGO, IL 60693-6070

NEAT 'N SWEET INC.
P.O. BOX#360052
BROOKLYN, NY 11236

NELSON SANTANA

NEW YORK BUSINESS FIRE SYSTEM
INC
40-50 192ND ST.
FLUSHING, NY 11358

NEWBURG EGG CORP.
17 NOVOGRODSKY ROAD
P.O. BOX  175
WOODBRIDGE, NY 12789

NEWLY WEDS FOODS, INC.
LOCK BOX 6327
CHICAGO, IL 60680

NMHG FINANCIAL SERVICES
PO BOX 643749
PITTSBURG, PA 15264-3749

NORPACO GOURMET FOODS
30 PETER COURT
NEW BRITAIN, CT 06051

NORTH SIDE PACKAGING
992 BEDFORD AVENUE
BROOKLYN, NY 11205

NOVELTY CRYSTAL CORP.
30-15 48TH AVE.
LONG ISLAND CITY, NY 11101

NY WANLONG CORP.
150 WALWORTH STREET
BROOKLYN, NY 11205

NYC DEPARTMENT OF FINANCE
PARKING VIOLATIONS
PO BOX 2127
NEW YORK, NY 10272-2127

NYC DEPT OF FINANCE
PECK SLIP STATION
PO BOX 2337
NEW YORK, NY 10272-2337

NYC ECONOMIC
DEVELOPMENT CORP.
110 WILLIAM STREET
NEW YORK, NY 10038

NYC FIRE DEPARTMENT
CHURCH STREET STATION
P.O. BOX 840
NEW YORK, NY 10008-0840

NYC WATER BOARD
5000342791001
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008

NYC WATER BOARD
5000342791001
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008

NYC WATER BOARD
5000342791001
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008

NYC WATER BOARD
5000342791001
P.O. BOX 410
CHURCH STREET STATION
NEW YORK, NY 10008

OFFICE DEPOT

P.O. BOX 633211
CINCINNATI, OH 45263-3211


OLIVER M. DEAN, INC.
125 BROOKS STREET
WORCESTER, MASSACHUSETTS
01606


OMEGA ENGINEERING , INC.
PO BOX 405369
ATLANTA, GA 30384-5369


ONE STOP
6800 OWENSMOUTH AVENUE,
SUITE 220
CANOGA PARK, CA 91303


OXFORD HEALTH PLANS
225 BROADHOLLOW RD
SUITE 210E
MELVILLE, NY 11747
PACK LINE CORP
339 EAST 81 STREET, #3D
NEW YORK, NY 10028


PACKAGE DEVELOPMENT
CORPORATION
3258 GILLHAM ROAD
KANSAS CITY, MO 64109


PAETEC COMMUNICATIONS
P.O BOX 1283
BUFFALO, NEW YORK 14240


PARIS FOODS CORPORATION
PO BOX 121
TRAPPE, MD 21673


PARKE PALLETS
1862 LINDEN BOULEVARD
BROOKLYN NY 11207


PATHMARK STORES,INC.
P.O.BOX 33602
HARTFORD, CT 06150-3602


Patricia Lee-Harrigan


PATRICK CUDAHY INC.
00399424

P.O. BOX 8905
ONE SWEET APPLE WOOD LANE
CUDAHY, WI 53110


PAUL PRUSIENSKY


PEDE BROTHERS, INC.
582 DUANESBURG ROAD
SCHENECTADY, NY 12306


PENTA INTERNATIONAL, INC.
67-71 EAST WILLOW STREET
MILLBURN, NJ 07041


PERFECT CLEAN TRUCK WASH
223-18 113TH AVENUE
QUEENS VILLAGE, NY 11429


PHILLIP MASIELLO
213 S. PARADISE AVENUE
CATONSVILLE, MD 21228
PILOT SEASONING CO.
40 FALLS AVENUE
WATERBURY, CT 06708


PITNEY BOWES GLOBAL FINANCIAL
SVCS
PO BOX 856460
LOUISVILLE, KY 40285-6460


PITNEY HARDIN LLP
P.O. BOX 1945
MORRISTOWN, NJ 07962-1945


PLASTIC EXPRESS CORP
223 25TH ST
BKLYN, NY 11232


PLASTICAN, INC
196 INDUSTRIAL ROAD
LEOMINSTER, MA 01453


PLATINUM PLUS FOR BUSINESS
PO BOX 15469
WILMINGTON, DE 19850


POLAND SPRINGS
P.O. BOX 856192

LOUISVILLE, KY 40285-6192


POLO TRUCK AND TRAILER
RENT
260 LINCOLN AVE
JAMAICA QUEENS, NY 11416


PREMIERE GLOBAL SERVICES
PO BOX 404351
ATLANTA, GA 30384-4351


PREMIUM FINANCING
SPECIALISTS
P.O.BOX 13065
NEWARK, NJ 07188-0065


PRESIDENT CONTAINER INC.
PO BOX 387
WOODRIDGE, NJ 07075-0387


PRESTIGE FOOD BROKERS
550 COMMERCE STREET
FRANKLIN LAKES, NJ 07417


PROFESSIONAL GROUP PLANS
INC.
225 WIRELESS BLVD
ATTN: JOANNA DIVONE
HAUPPAUGE, NY 11788


PURCHASE POWER
P.O BOX 856042
LOUISVILLE, KY 40285


QUALITY FILMS INC.
401 PARK AVENUE
BROOKLYN, NY 11205


QUALITY FOOD BROKERS
3360 BENZING RD.
ORCHARD PARK, NY 14127


QUEENSBORO FARMS
PRODUCTS INC.
156-02 LIBERTY AVENUE
JAMAICA, NY 11433


QUENCH USA
PO BOX 644006

CINCINNATI, OH 45264-4006

QUILL CORPORATION
P.O.BOX 37600
PHILADELPHIA, PA 19101

RAY GEER

RC FINE FOODS
P.O. BOX 236
BELLE MEADE, NJ 08502

RDD ASSOCIATES
930 RIVERVIEW DRIVE
SUITE 400
TOTOWA, NJ 07512

REBECCA THYBULLE

REED TRUCKING COMPANY
PO BOX 216
MILTON, DE 19968

RELIABLE OFFICE SUPPLIES
8001 INNOVATION WAY
CHICAGO, IL 60682

REMA FOODS INC.
140 SYLVAN AVENUE
ENGLEWOOD CLIFFS, NJ 07632-
2508

ROADTEX TRANSPORTATION
600 N UNION AVENUE
HILLSIDE, NJ 07205-9992

ROBERT B. GOLDEN
LACHENBACH SIEGEL LLP
ONE CHASE ROAD
SCARSDALE, NY 10583

ROBERT REISER & CO, INC.
725 DEDHAM STREET
CAMPTON, MASSACHUSETTS
02021

ROBERT WHOLEY & CO.

1501 PENN AVENUE
PITTSBURGH, PA 15222

ROBINOWITZ COHLAN DUBOW &
DOHERTY
199 MAIN STREET
WHITE PLAINS, NY 10601

ROMA OF HARTFORD
ONE MARKET CIRCLE
WINDSOR, CT 06095

RON LOEB
157 NORTHFIELD RD
HAUPPAUGE, NY 11788

ROPACK CENTRAL
21048 NETWORK PLACE
CHICAGO, IL 60673-1210

ROSENTHAL BUSINESS CREDIT
ATTN: ROBERT MARTUCCI
1370 BROADWAY
NEW YORK, NY 10018

RUSSO TIESI IMPORTS & EXPORTS
19 GARDNER ROAD
SUITE F
FAIRFIELD, NJ 07004

SALES FORCE ONE
3920 VERO ROAD
SUITE A
BALTIMORE, MD 21222

SALES MANAGEMENT PARTNERS
550 PINETOWN ROAD SUITE 330
PO BOX 878
FT. WASHINGTON, PA 19034

SANDERSONSTATE BANK
216 W.OAK STREET
P.O BOX 10
SANDERSON, TX 79848

SANDRO COLLADO

SANTO CHIARELLI

ACQUAVELLA, CHIARELLI,
SHUSTER & CO
517 ROUTE 1 SUITE 1002
ISELIN, NEW JERSEY 08830

SAVAL FOODS CORP.
P.O. BOX 8630
ELKRIDGE, MD 21075-8630

SCHOENBERG SALT CO.
24 8TH AVENUE
CARBONDALE, PENNSYLVANIA
18407

SCHREIBER FOODS INC.
P.O. BOX 19010
GREEN BAY, WI 54307-9010

SEABROOK BROS. & SONS ,INC.
P.O. BOX 8500
S-41405
PHILADELPHIA, PA 19178

SECUR-ALL AGENCY, INC.
ONE DUPONT STREET
SUITE 209
PLAINVIEW, NY 11803

SELIGSON & GIANNATTASIO,
LLP
723 N. BROADWAY
WHITE PLAINS, NY 10603

SENSITECH INC.
DEPT 1157
PO BOX 61000
SAN FRANCISCO, CA 94161

Shuster Labolatories,Inc.

SINCO INC.
750 PLEASANT STREET
BELMONT, MA 02478

SIROB IMPORTS INC.
21 GEAR AVENUE
LINDENHURST, NY 11757

SOFTBRANDS CORPORATION

00399424

NW7418
P.O BOX 1450
MINNEAPOLIS, MN 55485-7418


SOTIRIS APOLONATOS


SOURCE ONE PACKAGING
325 RABRO DRIVE
HAPPAUGE, NY 11788


SOUTHERN FOODS USA, INC.
36-33 22ND STREET
ASTORIA, NY 11106


SPARKS BELTING CO.
3800 STAHL DR SE
GRAND RAPIDS, MI 49546


SPUDNIK EQUIPMENT CO LLC
P.O. BOX 25053
SALT LAKE CITY, UT 84125-0053


STAPLES BUSINESS ADVANTAGE
DEPT. NY 85106
P.O.BOX 30851
HARTFORD, CT 06150

STATE CONTAINER CORP.
111 WEST COMMERCIAL AVENUE
MOONACHIE, NJ 07074


STEFANELLI ENTERPRISES, INC
P.O BOX 2845
HALLANDALE BEACH, FL  33008-2845


STEVE MALATESTA
81 ALEXANDER BLVD.
UNIT 214
JACKSON POINT, ONTARIO
LOE1LO


STEVE STACHLER
16848-B BIRKDALE COMMONS
PARKWAY
HUNTERSVILLE, NC 28078


SUEZ ENERGY RESOURCES NA
P.O.BOX 25237
00399424

LEHIGH VALLEY, PA 18002-5237


SUNSET PROVISIONS, INC.
14 WEATHERVANE WAY
DIX HILLS, NY 11746


SUPPLY ONE NY
PO BOX 828995
PHILADELPHIA, PA 19182-8995


SYSCO METRO
20 THEODORE CONRAD DR.
JERSEY CITY, NJ 07305


SYSTEMAX TECHINAL SERVICE
113 MAGNOLIA AVE
WESTBURY, NY 11590


TAD METALS INC.
1 FITZGERALD AVE.
MONROE TWP, NJ 08831


TEMPLE-INLAND
P.O. BOX 360853 M
PITTSBURGH, PA 15250


TETRA PAK INC.
P.O. BOX 70235
CHICAGO, IL 60673-0235


THE AUDITOR
P.O.BOX 90096
LONG BEACH, CA 90809


THE COMPANY CORPORATION
2711 CENTERVILLE ROAD
WILMINGTON, DE 19808


THE NATIONAL HERALD
37-10 30TH STREET
LONG ISLAND CITY, NY 11101


THE TIDES COMMODITY TRADING
GROUP
493-C LAMESA ST.
MOUNT PLEASANT, SC 29464

THERMAL TECH DOORS INC.
576 BROOK STREET
GARDEN CITY, NY 11530


THOMAS J. THORNTON JR


THYSSENKRUPP ELEVATOR
CORP.
P.O. BOX 933004
ATLANTA, GEORGIA 31193-3004


TIGER LEASING
105
BUFFALO, NY 14240-1358


TIPIAK INC.
12 CHURCH STREET
SUITE 303
STAMFORD, CT 06906


T-MOBILE
PO BOX 790047
ST.LOUIS, MO 63179-0047


TOSCANA CHEESE COMPANY
C/O TOSCANA ITALIAN
GOURMET
575 WINDSOR DRIVE
SECAUCUS, NJ 07094


TOTAL FIRE PROTECTION
5322 AVENUE N
BROOKLYN, NY 11234


TOTAL QUALITY LOGISTICS
INC
PO BOX 634558
CINCINNATI, OH 45263-4558


TRADEMARK INFO
CORPORATION
59 DAMONTE RANCH PKWY,B
431
RENO, NV 89521


TRAVELERS REMITTANCE
CENTER
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

TRAVELERS REMITTANCE
CENTER
CL REMITTANCE CENTER
HARTFORD, CT 06183-1008

TRI STATE STEEL DRUM CORP.
100 CENTRAL AVENUE
BUILDING 85
SOUTH KEARNY, NJ 07032

TRI-STATE OFFICE SUPPLIES
930 BRIARS BEND
ALPHARETTA, GA 30004

TRULIFT PARTS INC.
P.O.BOX #51
NESCONSET, NY 11767

TSO GENERAL CORPORATION
81 EMJAY BLVD.
BRENTWOOD, NY 11717

U.S. FOODSERVICE, INC.
DIVISION #5280
2545 COLLECTION CTR DR.
CHICAGO, IL 60693-2545

U.S. MARKETING COMPANY
40-14 24TH STREET
LONG ISLAND CITY, NY 11101
UNI FIRST CORPORATION
7 SIDNEY COURT
LINDENHURST, NY 11757-0622

UNITED ELECTRIC POWER
270 PARK AVENUE
GARDEN CITY, NY 11040

UNITED GLOBAL TRANSPORT
INC.
P.O. BOX 250
ST PETERS, MO 63376

UNITED LABORATORIES
320 37TH AVE
ST. CHARLES, IL 60174

UNITED PARCEL SERVICE
1620 VALWOOD PARKWAY
CARROLTON, TX 75006

UNITED TEAMSTER FUND
2137-2147 UTICA AVENUE
BROOKLYN, NY 11234

UNIVERSAL PRESERVACHEM INC.
60 JIFFY ROAD
SOMERSET, NJ 08873

URSCHEL LABORATORIES INC.
2503 CALUMET AVENUE
VALPARAISO, INDIANA 46384

USDA FOOD SAFETY AND
INSPECTION SER.
US BANK GOVERNMENT LOCKBOX
979001
1005 CONVENTION PLAZA
ST. LOUIS, MO 63101

UTICA NATIONAL INSURANCE
GROUP
BILLING DEPARTMENT
P.O.BOX 6532
UTICA, NY 13504-6532

VANMARK EQUIPMENT, LLC
INDUSTIRAL PARKWAY
CRESTON, IA 50801

VERIZON WIRELESS
P.O. BOX 17120
TUSCON, AZ 85731-7120

VICTORY BOX CORP.
645 WEST 1ST AVENUE
ROSELLE, NJ 07203-1092

VIRGINIA DARE EXTRACT CO.,INC.
882 3RD. AVENUE
BROOKLYN, NY 11232

W.M. MARTIN & SONS CO. INC.
93-39 170TH. STREET
JAMAICA, NY 11433

W.W. GRAINGER, INC.
815 3RD AVENUE
28TH & 29TH STREET
BROOKLYN, NY 11232

WACHOVIA
1525 WEST W.T. HARRIS BLVD
BLDG. 2C2
CHARLOTTE, NC 28262

WAKEFERN CORPORATION
600 YORK STREET
P7-125
ELIZABETH, NJ 07207-0506

WAL & ASSOCIATES
259 LAKEVIEW AVE.
RINGWOOD, NJ 07456

WERNER & ACKER
CYPRESS HILLS FLORISTS, INC.
832 JAMAICA AVENUE
BROOKLYN, NY 11208

WHITSONS FOODSERVICE INC
PO BOX 276036
BOCA RATON, FL 33427-6036

WICS TECHNOLOGY
124 EAST MERRICK ROAD
VALLEY STREAM, NY 11580

WILENTA FEED, INC.
P.O. BOX 2596
SECAUCUS, NJ 07096-2596

WILSON FARMS
ATTN: RICHARD A. PAJAK
1780 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

WONDER FOODS
57-10 FLUSHING AVENUE
MASPETH, NY 11378

WSF FOOD BROKERAGE
SUITE 202
8120 VETERANS HIGHWAY

MILLERSVILLE, MD 21108


XEROX CORPORATION
PO BOX 827181
PHILADELPHIA, PA 19182-7181


YANKEE MARKETERS, INC.
5 BIRCH ROAD
P.O.BOX 370
MIDDLETON, MA 01949


Chantel K. Adams,
Kizer, Hood & Morgan, LLP
2111 Quail Run Drive
Baton Rouge, LA  70808


RATTET, PASTERNAK & GORDON-
OLIVER, LLP
Attorneys for LCK Services Corp.
550 Mamaroneck Avenue
Harrison, New York 10528


William G. Wright, Esquire
CAPEHART & SCATCHARD, P.A.
A Professional Corporation
8000 Midlantic Drive, Suite 300 S
Mt. Laurel, New Jersey 08054


00399424